# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO SERRATO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00260 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 23) |

On November 14, 2018, the parties filed a stipulation for Defendant to have an extension of time to respond to Plaintiff's opening brief. (Doc. 23) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 12-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

　　1.　　The request for an extension of time (Doc. 23) is **GRANTED**; and

　　2.　　Defendant **SHALL** file a responsive brief on or before **December 14, 2018**.

IT IS SO ORDERED.

　　Dated:　**November 15, 2018**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE