# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO SERRATO, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-0260 - JLT <br><br> ORDER GRANTING AN EXTENSION OF TIME AND EXTENDING THE DEADLINE FOR PLAINTIFF TO SEEK ATTORNEY FEES |

On November 5, 2019, the parties stipulated for Plaintiff to have an extension of time to file a motion for attorney feeds under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 29) Plaintiff reports an extension of time is necessary because they "are continuing to negotiate an agreed amount." (*Id.* at 2) Therefore, the parties request the Court extent the deadline by fourteen days, to November 19, 2019. (*Id.*) Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED** nunc pro tunc; and
2. Plaintiff SHALL file a motion for attorney fees no later than **November 19, 2019**.

IT IS SO ORDERED.

Dated: **November 7, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE