# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO SERRATO, | Case No.: 1:18-cv-260 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. 31) |
| Defendant. | |

Margarito Serrato and Andrew Saul, Commissioner of Social Security, have stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 31) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $7,500.00 are **AWARDED** to Plaintiff Margarito Serrato.

IT IS SO ORDERED.

Dated: **November 20, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE